

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                        |   |                            |
|------------------------|---|----------------------------|
| LANCE ADRIAN COFFEY,   | § | No. 08-17-00107-CR         |
|                        | § |                            |
| Appellant,             | § | Appeal from the            |
|                        | § |                            |
| v.                     | § | County Criminal Court No. 1 |
|                        | § |                            |
| THE STATE OF TEXAS,    | § | of El Paso County, Texas   |
|                        | § |                            |
| State.                 | § | (TC# 20150C07007)          |
|                        | § |                            |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **August 26, 2017.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mary Ann Marin, Official Court Reporter for County Criminal Court No. 1, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before August 26, 2017.

IT IS SO ORDERED this 28th day of July, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.